```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/2/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL ANDERSON,

                Plaintiff,

          -against-

ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

20-CV-8996 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS Plaintiff has filed a request to proceed *in forma pauperis*, *see* Dkt. 3; and

    IT IS HEREBY ORDERED that Plaintiff's request is DENIED WITHOUT PREJUDICE. Plaintiff is instructed to fully complete the IFP application. Specifically, the plaintiff must affirmatively answer all of the subitems in paragraph 3.

**SO ORDERED.**

**Date: November 2, 2020**
**New York, New York**

                      **VALERIE CAPRONI**
                      **United States District Judge**